# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>            Plaintiff,<br><br>   v.<br><br>KERN VALLEY STATE PRISON, *et al.*,<br><br>           Defendants. | Case No.  1:24-cv-01323-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Martin J. Bibbs ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on October 21, 2024, in the Sacramento Division of the Eastern District of California.  (ECF No. 1.)  The case was transferred to the Fresno Division on October 29, 2024.  (ECF No. 3.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:  **October 30, 2024**                               /s/ *Barbara A. McAuliffe*    
                                                                             UNITED STATES MAGISTRATE JUDGE