1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10
11
12   **MARTIN J. BIBBS,**                    **Case No.: 1:24-cv-01323-KES-BAM (PC)**

13                   **Plaintiff,**          **ORDER TO RECAPTION CASE**

14           **v.**

15   **DEVINE,**

16                   **Defendant.**

17

18        Pursuant to Plaintiff's first amended complaint, this action proceeds only against

19   Defendant Devine.  (ECF No. 18.)  Therefore, the caption should reflect that this action no longer

20   proceeds against any other defendants, and that there are no longer multiple defendants.

21   Accordingly, the caption for this case shall be as reflected above.

22
23   IT IS SO ORDERED.

24     Dated:  **April 24, 2025**              /s/ *Barbara A. McAuliffe*

25                                          UNITED STATES MAGISTRATE JUDGE

26
27
28