# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MARTIN J. BIBBS,

               Plaintiff,

    v.

DEVINE,

               Defendant.

Case No.  1:24-cv001323-KES-BAM (PC)

ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEADLINE TO FILE MERITS-BASED MOTION FOR SUMMARY JUDGMENT PENDING ORDER ON DEFENDANT'S EXHAUSTION-BASED MOTION FOR SUMMARY JUDGMENT

(ECF No. 34)

ORDER VACATING DISPOSITIVE MOTION DEADLINE

## I.    Procedural Background

Plaintiff Martin J. Bibbs ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintif's first amended complaint against Defendant Dr. Devine for violation of the Eighth Amendment for cancellation of treatment.

On December 11, 2025, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to exhaust available administrative remedies regarding his claim against Defendant before filing this lawsuit.  (ECF No. 31.)  On January 9, 2026, Plaintiff filed an opposition to the motion for summary judgment, (ECF No. 32), and Defendant filed a reply on January 13, 2026, (ECF No. 33).  The motion is fully briefed.

1

Pursuant to the Court's June 27, 2025 discovery and scheduling order, the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is May 7, 2026.  (ECF No. 26.)

Currently before the Court is Defendant's March 20, 2026 motion to vacate the deadline to file a merits-based motion for summary judgment, which the Court construes as a motion to modify the Court's discovery and scheduling order.  (ECF No. 34.)  Although Plaintiff has not yet had an opportunity to respond to the motion, the Court finds a response unnecessary, and the motion is deemed submitted.  Local Rule 230(l).

**II.	Motion to Modify Discovery and Scheduling Order**

Defendant requests that the Court vacate the current deadline to file a merits-based motion for summary judgment pending a decision on Defendant's exhaustion-based motion for summary judgment. (ECF No. 34.)  Defendant contends that the pending motion for summary judgment may dispose of the entire case without the need for briefing and consideration of a merits-based motion for summary judgment.  Defendant additionally asserts that even with the exercise of due diligence and timely compliance with the order's deadlines, Defendant cannot meet the deadline to file a merits-based motion for summary judgment.  (*Id.*)

In light of the pending motion for summary judgment, and the possibility that the motion may dispose of the entire action, the Court finds good cause to grant Defendant's motion.  The Court will vacate the current dispositive motion deadline, to be reset as necessary following resolution of the pending motion for summary judgment.

**III.	Conclusion and Order**

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. Defendant's motion to vacate deadline to file merits-based motion for summary judgment pending order on Defendant's exhaustion-based motion for summary judgment, (ECF No. 34), is GRANTED;

2. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is VACATED; and

///

3.  As necessary and appropriate, the Court will reset the dispositive motion deadline following resolution of the pending motion for summary judgment.

IT IS SO ORDERED.

Dated:   __**March 31, 2026**__            __/s/ *Barbara A. McAuliffe*__
                                                       UNITED STATES MAGISTRATE JUDGE