UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br>Plaintiff,<br>v.<br>DEVINE,<br>Defendant. | No. 1:24-cv-01323-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING ACTION WITHOUT PREJUDICE<br>Docs. 31, 39 |

Plaintiff Martin J. Bibbs is state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Bibbs alleges that defendant Dr. Devine was deliberately indifferent to his serious medical needs, in violation of the Eighth Amendment, when she allegedly cancelled his scheduled medical treatments. Defendant moved for summary judgment for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). Doc. 31. Bibbs opposed the motion. Doc. 32.

The magistrate judge issued findings and recommendations that recommended defendant's motion for summary judgment be granted and this action be dismissed without prejudice. Doc. 39. Specifically, the magistrate judge determined that Bibbs did not exhaust his administrative remedies on his claims against defendant Dr. Devine in this action. *Id.* at 15.

The Court served the findings and recommendations on Bibbs and informed him that any objections were due within 14 days. Doc. 39 at 16. The Court also advised Bibbs that a failure to

file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Bibbs did not file objections and the time to do so has expired.[1]

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on August 27, 2026 (Doc. 39) are ADOPTED in full.
2. Defendant's motion for summary judgment (Doc. 31) is GRANTED.
3. This action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 22, 2026

UNITED STATES DISTRICT JUDGE

[1] The findings and recommendations issued August 27, 2026, and several other orders that were also served on Bibbs at Kern Valley State Prison and at California State Prison, Corcoran, have been returned, as "Undeliverable, Inmate refused" or "Undeliverable, Inmate Refused – chrono on file." *See* docket. Bibbs has not submitted a change of address.